1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MORGAN HARVIN,

11             Plaintiff,                    No. 2:11-cv-0686 KJN P

12        vs.

13   TOM MOON, et al.,

14             Defendants.            <u>ORDER</u>

15   _____/

16             Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action

17   pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis

18   pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request which must be

19   completed by plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has

20   not filed a certified copy of his prison trust account statement for the six-month period

21   immediately preceding the filing of his complaint.  <u>See</u> 28 U.S.C. § 1915(a)(2).  Plaintiff will be

22   provided the opportunity to submit a completed in forma pauperis application and a certified

23   copy in support of his application.

24   ////

25   ////

26   ////

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Within thirty days from the date of this order, plaintiff shall complete the

3    attached Notice of Submission of Documents and submit the following documents to the court:

4    a.  A complete Application to Proceed In Forma Pauperis By a Prisoner;

5    and

6    b.  a certified copy of plaintiff's prison trust account statement for the six-

7    month period immediately preceding the filing of the complaint.

8    2.  The Clerk of the Court is directed to send plaintiff a new Application to

9    Proceed In Forma Pauperis By a Prisoner; and

10   3.  Plaintiff's failure to comply with this order may result in the dismissal of this

11   action without prejudice.

12   DATED:  March 22, 2011

13

14

15   KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

16   harv0686.3c+.new

17

18

19

20

21

22

23

24

25

26

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORGAN HARVIN,

            Plaintiff,                    No. 2:11-cv-0686 KJN P

     vs.

TOM MOON, et al.,                  NOTICE OF SUBMISSION

            Defendants.

_____/

         Plaintiff hereby submits the following document in compliance with the court's

order filed _____:

           _____      Complete Application to Proceed In Forma Pauperis

                                 By a Prisoner/Certified Copy of Prison Trust Account

                                 Statement

DATED:

                               _____
                               Plaintiff