IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORGAN HARVIN,

      Plaintiff,                        No. 2:11-cv-0686 KJN P

     vs.

TOM MOON, et al.,

      Defendants.               ORDER

_____/

        Plaintiff, a Shasta County Jail detainee, proceeds without counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983, challenging the conditions of his arrest. Plaintiff has consented to the jurisdiction of the magistrate judge for all purposes. See 28 U.S.C. § 636(c); Local Rule 305(a).

        By order filed March 22, 2011, plaintiff was directed to file a complete in forma pauperis affidavit or to pay the appropriate filing fee, within thirty days, and was cautioned that failure to do so may result in the dismissal of this action. (Dkt. No. 4.) The thirty-day period has now expired, and plaintiff has not responded to the court's order; he has neither filed an in forma pauperis affidavit nor paid the appropriate filing fee.

////

////

1

1    Accordingly, IT IS HEREBY ORDERED that this action be dismissed without
2 prejudice.
3 DATED: May 10, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

7 harv0686.fifp